IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3004 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, et. al., , | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

The plaintiff herein did not participate in preparing the Rule 26(f) report of parties' planning conference entered in the lead case, John Doe and Jane Doe 1 through 20 et al v. State of Nebraska et al, 8:09cv456 (see 8:09cv456, filing no. 359). Plaintiff's counsel has advised the court that his client may move to voluntarily dismiss this action, but a motion for voluntary dismissal has not been filed.

Accordingly,

IT IS ORDERED:

1) On or before October 5, 2010, the plaintiff shall either file a motion for voluntary dismissal of this case, or show cause why his case should not be dismissed for want of prosecution.

2) In the absence of timely compliance with this order, this case may be dismissed without further notice.

DATED this 23rd day of September, 2010.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge