IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN DOE, | ) | 4:10CV3004 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, et al., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the findings and recommendation filed by Magistrate Judge Zwart on October 14, 2010 (filing 47). Judge Zwart recommends that the plaintiff's complaint be dismissed for want of prosecution.

No objections have been filed to the findings and recommendation within the time permitted by 28 U.S.C. § 636(b)(1). In any event, I have conducted a de novo review and find that Judge Zwart has correctly found the facts and applied the law.

Pursuant to Federal Rule of Civil Procedure 41(b), a dismissal for want of prosecution "operates as an adjudication on the merits" unless the court specifies otherwise. Considering that the plaintiff failed to comply with the court's order of September 23, 2010 (filing 46), to either file a voluntary dismissal or show cause why the action should not be dismissed for want of prosecution, I conclude that the action should be dismissed with prejudice.

Accordingly,

IT IS ORDERED that:

1. The magistrate judge's findings and recommendation (filing 47) are adopted.

2. The plaintiff's complaint is dismissed with prejudice for want of prosecution.

3. Final judgment will be entered by separate document.

November 3, 2010.                BY THE COURT:

             *Richard G. Kopf*
             United States District Judge